Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH G. SZYMASZEK, Appellant, v STATE OF NEW YORK, Respondent.

Submitted February 17, 2009; decided April 2, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that relator has been released on postrelease supervision and, therefore, his liberty is no longer restrained to such a degree as to entitle him to the extraordinary writ of habeas corpus (*see People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]). Motion for leave to appeal dismissed upon the ground that relator has been released on postrelease supervision and, therefore, his liberty is no longer restrained to such a degree as to entitle him to the extraordinary writ of habeas corpus (*see People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH G. SZYMASZEK, Appellant, v STATE OF NEW YORK, Respondent.

Submitted March 23, 2009; decided April 2, 2009

Motion for relief ancillary to the motion for leave to appeal and appeal filed as of right herein dismissed on the ground that it does not lie.

ANNA PEZHMAN, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted February 23, 2009; decided April 2, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.